RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 26 2015
Abel Acosta, Clerk

82,263-02

1/21/2015

To the Court Clerk of the Criminal Court of appeals.
I'm writing once again in Regards to the 11.07
Writ of habeas Corpus. I was informed on 1/20/2015
by my attorney that the writ was Rejected due
to lack of new ~~error~~ evidence. Therefore I
called my mother on the same day and she
informed me she call the Court to find out My
attorney Never Refiled the writ. My theory of
this County has proved itself once again. I would
be going to prison for Crimes I Never done
and a probation ~~error~~ violation that was abendon
by the Judge whom still sentence me to 24 months
state jail and 5yrs TDCJ Running Concurrent. It
hurt me to say I found out through my wife
also on 1/19/2015 that our daughter at the age
of 17 yrs has been missing since 1/15/2015 and
no one knows her location. My wife is suffering
the more because of her battle with Cervical
Cancer, our daughter, myself and bills plus etc.
I know this letter maybe in vain and there's
no one their who Can help or assist me in this
matter. I asked my attorney about this hold odd
matter and to also ask for a writ bond in
which he said I couldn't get but I spoke
with a bond Company and found out otherwise.
This is painful and the Reason why (myself) don't
have Faith in the law. I Never had a Record of

any kind nor been in any trouble with the law. I've had three attorney's that all said the same statement. Black's or African american don't stand a chance in clewton county. Even if you are innocent one is still guilty as charge. My wife is going to treatment after treatment and I'm here in jail heading to prison for crimes I never committed. It's a shame to pay attorney's or have them apointed to you by the court and one still don't care about the innocents of the person, they just all looking to get taxpayers money. I don't know the life span for my wife and also the where abouts of my daughter but this all is to stressful for me. My wife is dying and my 17 daughters is missing, and my question is who cares? I apologize for being out of character but I'm only speaking the teuth of the matter. Thank you for the last reply you sent me by mail and I wrote them but never heard anything from them since. I've lost weight and many hours of sleep behind all this and while my family is under attack by others in the community by vandalism of the vehicles and home. I suffer the more because I'm not home to aid my family. Thank you for all you done but yet I'm still going to prison for no crime.      Reginald Swesey

1/21/2015